In the Matter of EDWARD BAIN, as Secretary-Treasurer of the United Retail & Wholesale Employees Union, Local 305, C.I.O., an Unincorporated Association, Respondent, against WILLIAM J. KELLEY, Respondent, and KEITH LORENZ et al., Individually and Constituting the New York State Labor Relations Board, et al., Appellants.

Argued June 9, 1948; decided July 16, 1948.

*Keith Lorenz,* in person, and *Jay Kramer* for appellants.
*Charles R. Katz* for respondent.

Orders affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.